

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/23/24

October 22, 2024

**By ECF**

The Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

# MEMO ENDORSED

Re:   *United States v. Steven Ceruti*, 24 Cr. 295 (KMW)

Dear Judge Wood:

The parties jointly submit this letter to request an adjournment of the trial in this case currently scheduled to begin December 2, 2024, and to request that the Court schedule a status conference in order to set a schedule for pre-trial submissions and motions.

The parties were last before the Court on July 24, 2024 for a pretrial conference at which the Court set a motion schedule and a trial date of December 2, 2024. The defendant filed a motion to dismiss the indictment based on the Supreme Court's decision in *New York States Rifle & Pistol Ass'n, Inc. v. Bruen* on August 22, 2024, the Government responded on September 6, 2024, and the defendant filed his reply on September 19, 2024. Because there is not yet a schedule for pre-trial submissions and a final pre-trial conference, the parties respectfully request that the Court adjourn the trial date, and schedule a status conference for December 2, 2024, or any date after the Court has resolved the pending *Bruen* motion, in order to set a pre-trial schedule.

A conference will be held on Wednesday, December 11, 2024, at 11:30 a.m.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: *Rebecca Delfiner*
Rebecca Delfiner
Assistant United States Attorney
(212) 637-2427

Cc:   Kristoff Williams, Esq. (by ECF)

SO ORDERED:   N.Y., N.Y.  10/23/24

*Kimba M. Wood*
KIMBA M. WOOD
U.S.D.J.