

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

October 24, 2024

**By ECF**

The Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:   *United States v. Steven Ceruti*, 24 Cr. 295 (KMW)

Dear Judge Wood:

The Government writes to respectfully request that the Court exclude time between December 2, 2024 and December 11, 2024, the next conference date scheduled in this matter, pursuant to 18 U.S.C. § 3161(h)(7)(A).  Defense counsel consents to this request.

At the July 24, 2024 status conference in this matter the Court excluded time pursuant to 18 U.S.C. § 3161(h)(7)(A), until the trial date set for December 2, 2024.  Yesterday, in response to the parties' joint request for an adjournment of that trial date, the Court adjourned the trial and set a status conference for December 11, 2024. As such, the Government respectfully requests that the Court exclude time pursuant to 18 U.S.C. § 3161(h)(7)(A) between December 2, 2024 and *Granted* December 11, 2024. The Government submits that the ends of justice served by excluding time until the date of the next status conference outweigh the interest of the public and the defendant in a speedy trial, because that time will permit the parties to discuss a potential pre-trial resolution of this matter.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____
Rebecca Delfiner
Assistant United States Attorney
(212) 637-2427

Cc:   Kristoff Williams, Esq. (by ECF)

**SO ORDERED:**  N.Y., N.Y.  10/24/24

KIMBA M. WOOD
U.S.D.J.