**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/10/25

April 9, 2025

**MEMO ENDORSED**

**By ECF**
The Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Steven Ceruti*, 24 Cr. 295 (KMW)
      *United States v. Steven Ceruti*, 22 Cr. 169 (KMW)

Dear Judge Wood:

In light of the defendant's sentencing in the above-captioned matters this morning, the Government writes respectfully to request that the Court dismiss any open counts in case 24 Cr. 295, and all open violation specifications contained in the March 19, 2025 Violation Report in case 22 Cr. 169.

] Granted

Respectfully submitted,

MATTHEW PODOLSKY
Acting United States Attorney

by: _____
Rebecca R. Delfiner
Assistant United States Attorney
(212) 637-2427

SO ORDERED:   N.Y., N.Y.  4/10/25

_____
KIMBA M. WOOD
U.S.D.J.